UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO and PROFESSIONAL AIRWAYS SYSTEMS SPECIALISTS, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL SERVICE IMPASSES PANEL and FEDERAL LABOR RELATIONS AUTHORITY<br><br>Defendants. | Civil Action No. 04-0138 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion separately and contemporaneously issued this 22nd day of February, 2005, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that Judgment is entered in favor of Defendants and against Plaintiffs; and it is

**FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED**.

**SO ORDERED**.

Dated: February 22, 2005.                                              /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge